UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:18-CV-10123-KAR

| | |
|---|---|
| TAMMY CAGLE, | ) |
|     Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| JUDGE THOMAS ESTES AND | ) |
| BEHAVIORAL HEALTH NETWORK, | ) |
|     Defendants | ) |

## MOTION FOR SUMMARY JUDGMENT BY THE DEFENDANT, JUDGE THOMAS ESTES

    The defendant, Judge Thomas Estes (hereinafter "Estes"), hereby moves this Honorable Court to enter summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. As grounds therefor and in support thereof, Estes states that the sole remaining claim against him sole remaining count against him, which is a claim for Sex Discrimination/Hostile Work Environment in violation of M.G.L. c. 151B, is not supported by the law or facts of this case.

    As further grounds, please refer to the attached Memorandum of Law in Support of this Motion, incorporated hereby reference.

    WHEREFORE, Estes respectfully requests that this Court enter summary judgment in this favor.

643004

THE DEFENDANT  
JUDGE THOMAS ESTES

Dated: August 10, 2020

By */s/ Nancy Frankel Pelletier*  
Nancy Frankel Pelletier, Esq., BBO No. 544402  
   npelletier@robinsondonovan.com  
   Direct Fax (413) 452-0342  
Jeffrey J. Trapani, Esq., BBO No. 661094  
   jjt@robinsondonovan.com  
   Direct Fax (413) 452-0389  
Robinson Donovan, P.C.  
1500 Main Street, Suite 1600  
Springfield, Massachusetts 01115  
Phone (413) 732-2301

## CERTIFICATE OF CONSULTATION

The undersigned states, in accordance with Rule 7.1 of the Local Rules of the United States District Court, that an effort was made to resolve this matter.

*/s/ Nancy Frankel Pelletier*  
Nancy Frankel Pelletier

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants** on this 10th day of August, 2020.

**

*/s/ Nancy Frankel Pelletier*  
Nancy Frankel Pelletier

643004