UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:18-cv-10123-KAR

| | |
|---|---|
| TAMMY CAGLE, <br>     Plaintiff <br><br> vs. <br><br> JUDGE THOMAS ESTES AND <br> BEHAVIORAL HEALTH NETWORK, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of the defendant, Judge Thomas Estes, in the above-captioned matter.

Respectfully Submitted:

THE DEFENDANT
JUDGE THOMAS ESTES

Dated: November 1, 2021

By */s/ Jeffrey J. Trapani*
Jeffrey J. Trapani, Esq., BBO No. 661094
jjt@robinson-donovan.com
Direct Fax (413) 452-0389
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper AND ELECTRONIC copies will be sent to those indicated as non-registered participants** on this 1st day of November, 2021.

**

*/s/ Jeffrey J. Trapani*
Jeffrey J. Trapani

653204